CARL CHRISTMAN, Respondent, *v.* ANDREW C. ROESCH, Individually and as Executor of MARIA FOEHNER, Deceased, Appellant.

*Christman v. Roesch*, 132 App. Div. 22, affirmed.
(Argued February 25, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 6, 1909, upon an order reversing a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term and directing judgment for the plaintiff in an action for the construction of a will.

*Louis J. Halbert, Jr.*, for appellant.

*Louis Frankel, Job E. Hedges* and *Julian B. Beatty* for respondent.

Judgment affirmed, with costs, on opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.